# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Re'shane Lonzo, Personal Representative
of the Estate of Richie Majors, Deceased

        Plaintiff,

v.

Gerlach et al

        Defendants,

Case No.: 2:16-cv-13672
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

---

EXCOLO LAW, PLLC
Solomon Radner (P73653)
Attorney for Plaintiff
26700 Lahser Rd., Suite 400
Southfield, MI 48033
(248) 291-9712
sradner@excololaw.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
John L. Thurber (P44989)
Attorney for MDOC Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
thurberj@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M (P37603)
Carly Van Thomme (P59706)
Kevin A. McQuillan (P79083)
Attorneys for Defendants Savithri Kakani, P.A.,
Thomas LaNore, P.A., and Roger Gerlach, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com
kmcquillan@chapmanlawgroup.com

RUTLEDGE MANION RABAUT TERRY & THOMAS PC
Dale A. Robinson (P55522)
333 W. Fort St., Suite 1600
Detroit, MI 48226
(313) 965-6100
drobinson@rmrtt.com

---

## **STIPULATED HIPAA DISCLOSURE ORDER**
## **AND/OR QUALIFIED PROTECTIVE ORDER**

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that Plaintiff's Decedent's examining, testing and/or treating doctors, nurses and other medical personnel may discuss his medical conditions and treatment with counsel for the Defendants; however, the decision to do so lies with the doctors, nurses and other medical personnel and is not compelled by this order.

**IT IS FURTHER ORDERED** that counsel for the Defendants are prohibited from using any such discussed or provided health care information for any purpose other than as a part of the present litigation.

**IT IS FURTHER ORDERED** that upon completion of the present litigation, counsel for the Defendants shall destroy any copies of any documentary health care information received from any health care provider pursuant to this Order and any original materials shall be returned to the provider.

This order does not authorize the filing of any documents or other matter under seal. Documents or other matter may be sealed only if authorized by statute, rule, or order of the Court. A party seeking to file such items under seal shall file and serve a motion or submit a proposed stipulated order that sets forth

    i.    the authority for sealing;

    ii.    an identification and description of each item proposed for sealing;

    iii.    the reason that sealing each item is necessary;

    iv.    the reason that means other than sealing are not available or unsatisfactory to preserve the interest advanced by the movant in support of sealing;

    v.    a memorandum of legal authority supporting sealing.

*See* E.D. Mich. Local Rule 5.3. A party shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion or entered the proposed stipulated order required by this section.

SO ORDERED.

Dated: May 26, 2017　　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 26, 2017.

　　　　　　　　　　　　　　　　　s/Karri Sandusky
　　　　　　　　　　　　　　　　　Case Manager

Approved as to form and substance by:

[Signatures on following page.]

| | |
|---|---|
| /S/ Solomon Radner<br>Solomon Radner (P73653)<br>Attorney for Plaintiff | /S/ John L. Thurber<br>John L. Thurber (P44989)<br>Attorney for MDOC Defendants |
| /S/ Carly Van Thomme<br>Carly Van Thomme (P59706)<br>Attorney for Corizon Defendants | /S/ Dale A. Robinson<br>Dale A. Robinson (P55522)<br>Attorney for Defendant Renee Vives |