UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Estate of RICHIE MAJORS, deceased;
and RE'SHANE LONZO in her capacity as
the Personal Representative of the Estate of
Richie Majors,

    *Plaintiffs,*

v.

ROGER A. GERLACH, et al.

    *Defendants.*

Hon. Mark A. Goldsmith
Mag. David R. Grand
Case No. 2:16-cv-13672

---

## NOTICE OF CONFLICT

The undersigned attorney for Plaintiffs hereby gives notice that he has a conflict on the date and time set for trial in this matter. Trial is scheduled to begin on February 16, 2023 [ECF. No. 215]. Plaintiffs' counsel, Keith Altman, Esq., is scheduled to appear before the United States Supreme Court for oral argument on February 21, 2023 (*Reynaldo Gonzalez, et al., Petitioners v. Google LLC*) and February 22, 2023 (*Twitter, Inc., Petitioner v. Mehier Taamneh, et al.*).

Due to Plaintiff counsel's conflict, Plaintiffs respectfully request this Court adjourn the trial in this matter until after February 2023.

Dated: December 28, 2022        Respectfully Submitted,

                                                Keith Altman, Esq.
                                                Law Office of Keith Altman

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (987) 987-8929
keithaltman@kaltmanlaw.com


*/s/ Solomon M. Radner*
Solomon Radner (P73653)
Radner Law Group PLLC
17515 West Nine Mile Road, Ste 1050
Southfield, MI 48075
(877) 723-6375
Solomon@RadnerLawGroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of December 2022, I served all opposing counsel with a copy of the foregoing document, by filing same with the Clerk of Court using the CM/ECF system which will send notification of such filing electronically to all counsel of record.

                                         */s/ Keith Altman*
                                         Keith Altman, Esq.