# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Re'shane Lonzo, Personal Representative
of the Estate of Richie Majors, Deceased,

      Plaintiff,

v.

Gerlach et al,

      Defendants,

Case No.: 2:16-cv-13672
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

---

| | |
|---|---|
| RADNER LAW GROUP, PLLC | CHAPMAN LAW GROUP |
| Solomon Radner (P73653) | Ronald W. Chapman Sr., M.P.A., |
| Keith Altman (P81702) | LL.M. (P37603) |
| *Attorneys for Plaintiff* | Devlin K. Scarber (P64532) |
| 17515 W. Nine Mile Rd. Suite 1175 | Jeffrey L. Bomber (P85407) |
| Southfield, MI 48075 | *Attorneys for Savithri Kakani, P.A.* |
| (313) 355-3425 | *and Thomas LaNore, P.A.* |
| solomon@radnerlawgroup.com | 1441 West Long Lake Rd., Suite 310 |
| keithaltman@kaltmanlaw.com | Troy, MI 48098 |
| | (248) 644-6326 |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

## STIPULATED ORDER EXTENDING FILING OF PRETRIAL MOTIONS AND MOTIONS IN LIMINE 14 DAYS AND JOINT FINAL PRETRIAL ORDER 10 DAYS

At a session of said Court held in the
U.S. Federal Eastern District Courthouse,
City of Detroit, State of Michigan
on _____
PRESENT: HONORABLE:

_____
U.S. DISTRICT COURT JUDGE

This matter having come before the Court on the stipulation of the parties based upon the Court's Order dated December 27, 2022 which set the deadline for all Pretrial Motions and Motions in Limine as January 4, 2023 and the Joint Final Pretrial Order as January 9, 2023 (**ECF No. 215, PageID.3581**), and a short extension of time being necessary given the amount of work required and scheduling conflicts occurring over the Christmas and New Year's holiday break, with the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

    **IT IS HEREBY ORDERED** that the deadline for filing of Pretrial Motions and Motions in Limine is extended 14 days, on or before **January 18, 2023**, and the deadline for the Joint Final Pretrial Order is extended 10 days, on or before **January 19, 2023**. The Final Pretrial Conference can remain **January 23, 2023**.

                                                                                            _____
                                                                                            U.S. DISTRICT COURT JUDGE

Approved as to form and substance by:

| | |
|---|---|
| /S/ Solomon Radner | /S/ Devlin K. Scarber |
| Solomon Radner (P73653) | Devlin K. Scarber |
| Attorney for Plaintiff | Attorney for Savitrhi Kakani, P.A. and Thomas Lanore, P.A. |

## PROOF OF SERVICE

I hereby certify that on January 4, 2023, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein.

                */s/Devlin K. Scarber*
                1441 West Long Lake Rd., Suite 310
                Troy, MI 48098
                (248) 644-6326
                dscarber@chapmanlawgroup.com