UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF RICHIE MAJORS, et al.,

       Plaintiffs,

                                                Case No. 16-cv-13672

v.

                                                HON. MARK A. GOLDSMITH

ROGER A. GERLACH, et al.,

       Defendants.
_____/

**<u>ORDER REGARDING STIPULATED ORDER FOR EXTENSION (Dkt. 219) AND NOTICE (Dkt. 217)</u>**

Plaintiffs and Defendants jointly filed a stipulated order for an extension of pretrial deadlines (Dkt. 219). Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed stipulation and order may not be filed on the docket; rather, it must be submitted as a Word or WordPerfect Document via the link under the utilities section of CM/ECF. Additionally, per the case management and scheduling order (CMO) (Dkt. 66) and this Court's practice guidelines, parties must file a written motion demonstrating good cause to seek the adjournment of any event scheduled to occur after the dispositive and expert-related motion due date, which has passed.

The parties' stipulation is not in compliance with Rule 12(a), the CMO, or the Court's practice guidelines. Accordingly, the Court strikes the stipulation (Dkt. 219). If the parties seek an adjournment, they must file a written motion, and they may also submit a proposed stipulated order through the utilities function.

Additionally, Plaintiffs filed a notice informing the Court that their attorney Keith Altman has a conflict with the current trial schedule (Dkt. 217). To the extent that this notice

requests an adjournment, this request is not in compliance with the CMO or this Court's practice guidelines.  If Plaintiffs seek an adjournment, they must file a motion demonstrating good cause.

    SO ORDERED.

Dated: January 5, 2023                               s/Mark A. Goldsmith
    Detroit, Michigan                        MARK A. GOLDSMITH
                                                 United States District Judge