## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Re'shane Lonzo, Personal Representative
of the Estate of Richie Majors, Deceased,

      Plaintiff,

v.

Gerlach et al,

      Defendants,

Case No.: 2:16-cv-13672
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

| | |
|---|---|
| RADNER LAW GROUP, PLLC | CHAPMAN LAW GROUP |
| Solomon Radner (P73653) | Ronald W. Chapman Sr., M.P.A., |
| Keith Altman (P81702) | LL.M. (P37603) |
| *Attorneys for Plaintiff* | Devlin K. Scarber (P64532) |
| 17515 W. Nine Mile Rd. Suite 1175 | Jeffrey L. Bomber (P85407) |
| Southfield, MI 48075 | *Attorneys for Savithri Kakani, P.A.* |
| (313) 355-3425 | *and Thomas LaNore, P.A.* |
| solomon@radnerlawgroup.com | 1441 West Long Lake Rd., Suite 310 |
| keithaltman@kaltmanlaw.com | Troy, MI 48098 |
| | (248) 644-6326 |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

## DEFENDANTS SAVITHRI KAKANI, P.A. AND THOMAS LANORE, P.A.'S UNOPPOSED MOTION TO EXTEND THE DATE TO FILE PRETRIAL MOTIONS AND MOTIONS IN LIMINE BY 14 DAYS, AND JOINT FINAL PRETRIAL ORDER BY 10 DAYS

NOW COME Defendants SAVITHRI KAKANI, P.A. and THOMAS

LANORE, P.A., by and through their attorneys, CHAPMAN LAW GROUP, and for

their Unopposed Motion to Extend the Date to File Pretrial Motions and Motions in

Limine By 14 Days, and Joint Final Pretrial Order by 10 Days, state as follows:

1.      On December 16, 2022, the Court issued an order denying Defendants' Renewed Motion for Summary Judgment (**ECF No. 201**) and Defendants' Motion for Order and Judgment. (**ECF No. 199**).

2.      Then, on December 21, 2022, the Court issued an order on Plaintiff's Motion to Rely on Defendants' Witness List and Exhibit List. (**ECF No. 214**). The Court granted Plaintiff's motion in part and denied it in part, permitting Plaintiff to (i) introduce Majors' medical records; (ii) call a records custodian to authenticate those records; and (iii) call Plaintiff Lonzo and Defendants Kakani and LaNore at trial. (***Id.*, at PageID.3580**).

3.      Both Defendants' motions (**ECF No. 199; ECF No. 201**) and Plaintiff's Motion to Rely on Defendants' Witness List and Exhibit List (**ECF No. 202**) were critical to determine the necessity and scope of any pretrial motions, motions in limine, and claims to be tried.

4.      The Court thereafter issued an Order Setting Schedule Deadlines on December 27, 2022. (**ECF No. 215**). The Court set a January 4, 2023, deadline for pretrial motions, including motions in limine. (***Id.*, at PageID.3581**). The Court also ordered for the Joint Final Pretrial Order to be filed by January 9, 2023, the Final Pretrial Conference to take place on January 23, 2023, and for trial to begin on February 16, 2023, at 8:30 a.m. (***Id.***).

5.      On January 4, 2023, the undersigned counsel reached out to Plaintiff's counsel regarding the Order Setting Schedule Deadlines (**ECF No. 215**) to determine if Plaintiff's counsel would stipulate to a short extension to the pretrial deadlines on the basis that several critical motions had only just been decided, and due to the fact that the Order Setting Schedule Deadlines was issued on December 27, 2022, in the midst of the Christmas and New Year's holiday break. (**Exhibit A**).

6.      The parties stipulated to an order to extend the deadline fourteen (14) days for all pretrial motions, including motions in limine, and to extend the deadline for the Joint Final Pretrial Order ten (10) days. (**Exhibit B**, Stricken Stipulated Order). The Stipulated Order was filed on January 4, 2023. (***Id.***).

7.      On January 5, 2023, the Court entered an Order striking the Stipulated Order, and instead directed that the parties file a written motion detailing good cause for adjourning the pretrial dates sought to be adjourned in the Stipulated Order. (**ECF No. 221**).

8.      As detailed in ¶¶ 1 and 2 above, the parties filed several critical motions that were pending with the Court. These motions were not resolved until December 16 and December 21, 2022, respectively. The pending motions involved questions regarding witnesses Plaintiff would be permitted to call at trial and Defendants' Renewed Motion for Summary Judgment, both of which had a substantial likelihood to impact the scope and necessity of any potential pretrial motions.

9.      The parties had a good-faith basis to refrain from preparing pretrial motions until the above-stated motions were resolved given the nature of the relief requested and the likelihood that resolution of said motions would impact the scope and necessity of potential pretrial motions.

10.     Following resolution of the above-stated motions, the Court issued an order setting pretrial deadlines on December 27, 2022. (**ECF No. 215**). This provided the parties eight (8) days in the midst of the Christmas and New Year's holidays to prepare pretrial motions. (**ECF No. 215**).

11.     Given the considerations detailed above, there is good cause for a brief extension to the deadline to file pretrial motions and the Joint Final Pretrial Order.

12.     As such, Defendants request an extension to the deadline to file pretrial motions, including motions in limine, to be filed on or before **January 18, 2023**.

13.     Furthermore, Defendants request an extension to the deadline for the Joint Final Pretrial Order, to be filed on or before **January 19, 2023**.

14.     This brief adjournment would provide the parties with adequate time to prepare pretrial motions and the Joint Final Pretrial Order.

15.     On January 4, 2023, the undersigned spoke with Plaintiff's counsel and discussed the matters raised in the herein motion, and both parties agree that the requested relief herein would be of benefit to the parties, and concurrence was obtained.  This motion is unopposed.

3

WHEREFORE, Defendants SAVITHRI KAKANI, P.A., and THOMAS LANORE, P.A., respectfully request that this Honorable Court grant their Unopposed Motion to Extend the Date to File Pretrial Motions and Motions in Limine By 14 Days, and Joint Final Pretrial Order by 10 Days, and provide any and all other relief that the Court deems just and equitable.  A proposed Order is available in the utilities function.

<div style="margin-left: 50%">

Respectfully submitted,
CHAPMAN LAW GROUP

</div>

Dated: January 5, 2023

<div style="margin-left: 50%">

*/s/Devlin Scarber*
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin K. Scarber (P64532)
Jeffrey L. Bomber (P85407)
Attorneys for Defendants Savithri Kakani, P.A. and Thomas LaNore, P.A.
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com
jbomber@chapmanlawgroup.com

</div>

## PROOF OF SERVICE

I hereby certify that on January 5, 2023 I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

/s/ Devlin Scarber
Devlin K. Scarber (P64532)
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com

5