# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Re'shane Lonzo, Personal Representative
of the Estate of Richie Majors, Deceased,   Case No.: 2:16-cv-13672
                                            District Judge: Mark A. Goldsmith
    Plaintiff,                              Magistrate Judge: David R. Grand

v.

Gerlach et al,

    Defendants,

| RADNER LAW GROUP, PLLC | CHAPMAN LAW GROUP |
|---|---|
| Solomon Radner (P73653) | Ronald W. Chapman Sr., M.P.A., |
| Keith Altman (P81702) | LL.M. (P37603) |
| *Attorneys for Plaintiff* | Devlin K. Scarber (P64532) |
| 17515 W. Nine Mile Rd. Suite 1175 | Jeffrey L. Bomber (P85407) |
| Southfield, MI 48075 | *Attorneys for Savithri Kakani, P.A.* |
| (313) 355-3425 | *and Thomas LaNore, P.A.* |
| solomon@radnerlawgroup.com | 1441 West Long Lake Rd., Suite 310 |
| keithaltman@kaltmanlaw.com | Troy, MI 48098 |
| | (248) 644-6326 |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

**DEFENDANTS SAVITHRI KAKANI, P.A. AND THOMAS LANORE, P.A.'S UNOPPOSED MOTION TO EXTEND THE DATE TO FILE PRETRIAL MOTIONS AND MOTIONS IN LIMINE BY 14 DAYS, AND JOINT FINAL PRETRIAL ORDER BY 10 DAYS**

EXHIBIT A          Jan. 4 Correspondence with Plaintiff's Counsel

# Jeffrey Bomber

| | |
|---|---|
| **From:** | Solomon Radner <solomon@radnerlawgroup.com> |
| **Sent:** | Wednesday, January 4, 2023 11:38 AM |
| **To:** | Devlin Scarber |
| **Cc:** | Jeffrey Bomber; Carolina Andrade; Nelly Kossak; Keith Altman |
| **Subject:** | Re: Majors: Stip and Order to Extend JFPTO and Pretrial Motions |

yep. all good.

please let me know about records custodians.

On Wed, Jan 4, 2023 at 10:46 AM Devlin Scarber <dscarber@chapmanlawgroup.com> wrote:

> Solomon:
>
> This shall confirm we just spoke and talked about things you raised in your email and that, under any circumstances, briefing and decisions on these motions would likely not be accomplished prior to the Jan 23 date.  You indicated that we have permission to submit the stip, and to see what the judge does, which we will do shortly.
>
>
> Thanks,
>
>
> **DEVLIN K. SCARBER** | Attorney
>
> 1441 West Long Lake Road, Suite 310, Troy, MI  48098
> Phone:  (248) 644-6326
>
> Fax:  (248) 644-6324
>
> Email:  dscarber@chapmanlawgroup.com
> Web:  www.chapmanlawgroup.com
>
> Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!
>
> 
>
> This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.
>
> This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for
>
> delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing,

1

or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Solomon Radner <solomon@radnerlawgroup.com>
**Sent:** Wednesday, January 4, 2023 10:31 AM
**To:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Cc:** Jeffrey Bomber <jbomber@chapmanlawgroup.com>; Carolina Andrade <candrade@chapmanlawgroup.com>; Nelly Kossak <nkossak@chapmanlawgroup.com>; Keith Altman <keithaltman@kaltmanlaw.com>
**Subject:** Re: Majors: Stip and Order to Extend JFPTO and Pretrial Motions

the court will never fo for it, but you can title it unopposed motion and indicate that plaintiff takes no position and defers to the court's discretion. think about it: if the motions are filed jan 18, when will responses be filed if the FC is jan 23? and when will the court be able to consider and research the motions?

again, i won't object to any of this, but i seriously doubt the court will go for it.

On Wed, Jan 4, 2023 at 10:23 AM Devlin Scarber <dscarber@chapmanlawgroup.com> wrote:

Solomon:

We received 12/27/22 Order from court stating all pretrial motions and JFPTO are due 8 days and 13 days, respectively.  That means all pretrial motions are due today (1/4/23), and JFPTO is due Monday, 1/9/23.   We have contacted the court thinking the order may be in error and/or to request a short extension.  Court advised us to submit a proposed order for an extension, and it would consider it.

Please advise asap today if the attached order is agreeable.   We will then promptly submit to the court.

Thanks,

**DEVLIN K. SCARBER** | Attorney

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Phone:  (248) 644-6326

Fax:  (248) 644-6324

Email:  dscarber@chapmanlawgroup.com
Web:  www.chapmanlawgroup.com

Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.

This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for

delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing,

or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.