UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF RICHIE MAJORS, et al.,

      Plaintiffs,

                                                  Case No. 16-cv-13672

v.

                                                  HON. MARK A. GOLDSMITH

ROGER A. GERLACH, et al.,

      Defendants.
_____/

**ORDER GRANTING IN PART MOTION TO EXTEND DEADLINES (Dkt. 222)**

      Before the Court is Defendants' unopposed motion to extend certain pretrial deadlines (Dkt. 222). The Court grants this motion in part. All pretrial motions including motions in limine must be filed by January 11, 2023. Any responses to such motions are due by January 18, 2023. The parties must submit their proposed joint final pretrial order by January 16, 2023.

      SO ORDERED.

Dated: January 6, 2023                        s/Mark A. Goldsmith
   Detroit, Michigan                     MARK A. GOLDSMITH
                                                  United States District Judge