### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

Re'shane Lonzo, Personal Representative
of the Estate of Richie Majors, Deceased,

      Plaintiff,

v.

Gerlach et al,

      Defendants,

Case No.: 2:16-cv-13672
District Judge: Mark A. Goldsmith
Magistrate Judge: David R. Grand

| RADNER LAW GROUP, PLLC | CHAPMAN LAW GROUP |
|---|---|
| Solomon Radner (P73653) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Keith Altman (P81702) | Devlin K. Scarber (P64532) |
| *Attorneys for Plaintiff* | Jeffrey L. Bomber (P85407) |
| 17515 W. Nine Mile Rd. Suite 1175 | *Attorneys for Savithri Kakani, P.A. and Thomas LaNore, P.A.* |
| Southfield, MI 48075 | 1441 West Long Lake Rd., Suite 310 |
| (313) 355-3425 | Troy, MI 48098 |
| solomon@radnerlawgroup.com | (248) 644-6326 |
| keithaltman@kaltmanlaw.com | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

### EXHIBIT A TO DEFENDANTS SAVITHRI KAKANI, P.A. AND THOMAS LANORE, P.A.'S MOTION TO SEAL

**EXHIBIT A**    Unopposed Motion To Adjourn Trial Date (*filed under seal*)

1