UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF RICHIE MAJORS,
et al.,

       Plaintiffs,                         Case No. 16-13672

vs.                                     HON. MARK A. GOLDSMITH

ROGER A. GERLACH, et al,

       Defendants.
_____/

## ORDER STAYING CASE

      A suggestion of bankruptcy having been filed on the docket (Dkt. 233) concerning Tehum Care Services, Inc. d/b/a Corizon Health, Inc, which assertedly has provided defense and indemnity to one or more Defendants, the Court now stays this case as to all proceedings until further order of the Court. At an appropriate time, the Court intends to invite the parties to submit their views on the extent to which this Order should be modified to allow this case to proceed, in part or in full.

      SO ORDERED.

Dated:  March 31, 2023                             s/Mark A. Goldsmith
       Detroit, Michigan                            MARK A. GOLDSMITH
                                                   United States District Judge